United States District Court
Southern District of Texas
FILED

AUG 23 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-20-0869-S3 |
| | § | |
| FRANCISCO JAVIER DE LA CRUZ-OLVERA | § | |
| also known as "Pepe" | § | |

## SEALED THIRD SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about March 18, 2020 through on or about August 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

## Count Two

From on or about March 18, 2020 through on or about August 13, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Three

On or about September 26, 2019 through on or about March 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**FRANCISCO JAVIER DE LA CRUZ-OLVERA**
**also known as "Pepe"**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count Four

On or about March 18, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**FRANCISCO JAVIER DE LA CRUZ-OLVERA**
also known as "Pepe"

with the intent to cause death and serious bodily harm, did take or attempt to take a motor vehicle, that is, a Chevrolet Trailblazer, that had been transported, shipped, and received in interstate commerce and foreign commerce from the person and presence of EMILY JULIETA GONZALEZ, by force, violence, and intimidation.

In violation of Title 18, United States Code, Sections 2119 and 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY